# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MEGAN GLASBRENNER,

    Plaintiff,

v.   Case No: 8:25-cv-543-CEH-NHA

THR PROPERTY MANAGEMENT L.P.,

    Defendant.

## ORDER

Upon consideration of the parties' Stipulation of Voluntary Dismissal Without Prejudice (Doc. 26), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** without prejudice, with each party to bear its own attorneys' fees and costs. The Clerk is directed to terminate pending motions and deadlines, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties